*1284 LOURIE, Circuit Judge, with whom MOORE, Circuit Judge, joins, concurs with the denial of the petition for rehearing en banc. DYK, Circuit Judge, concurs with the denial of the petition for rehearing en banc. NEWMAN, Circuit Judge, dissents from the denial of the petition for rehearing en banc.
ORDER
PER CURIAM.
A petition for rehearing en banc was filed by defendants-appellants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC. The petition for rehearing was first referred to the panel that heard the appeal, and thereafter, to the circuit judges who are in regular active service. A response was invited by the court and filed by plaintiffs-appellees Ariosa Diagnostics, Inc. and Natera, Inc. A poll was requested, taken, and failed.
Upon consideration thereof,
IT IS ORDERED THAT:
(1) The petition for rehearing en banc is denied.
(2) The mandate of the court will issue on December 9, 2015.